IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHYANE HARDEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OGDEN SCHOOL DISTRICT; JAMES MADISON ELEMENTARY SCHOOL; and OGDEN CITY POLICE DEPARTMENT,<br><br>　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS<br><br>Case 1:24-cv-00179<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on the Magistrate Judge's Report and Recommendation[1] regarding Defendant James Madison Elementary School's Motion to Dismiss.[2]

Pursuant to 28 U.S.C. § 636(b)(1)(C), a party has 14 days after service to object to a Report and Recommendation. Plaintiff has not filed an objection and the time to do so has expired.

The Court has carefully reviewed and considered the record and pleadings in this case, along with the Report and Recommendation. For the reasons explained by the Magistrate Judge, the Court agrees and will accordingly adopt the Report and Recommendation in full and grant the Motion to Dismiss.

It is therefore

ORDERED that the Magistrate Judge's May 19, 2025, Report and Recommendation (Docket No. 26) is ADOPTED in full; It is further

---

[1] Docket No. 26.

[2] Docket No. 20.

ORDERED that Defendant's Motion to Dismiss (Docket No. 20) is GRANTED.

DATED this 29th day of July, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge