IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHYANE HARDEN,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>OGDEN SCHOOL DISTRICT; and<br>OGDEN CITY POLICE DEPARTMENT,<br><br>　　　　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 1:24-CV-179-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

　　　　Plaintiff Shyane Harden, appearing pro se, filed her Complaint on October 29, 2024.[1] This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2] Following dismissal of one of the defendants named in the Complaint,[3] remaining Defendants Ogden School District and Ogden City Police Department filed their respective Motions for Summary Judgment seeking dismissal of all claims asserted against them.[4] Plaintiff did not respond to either Motion, but did file four exhibits without explanation. The Magistrate Judge issued a Report and Recommendation on February 6, 2026.[5] This matter is before the Court for consideration of that Report and Recommendation.

　　　　The Magistrate Judge recommends that each of Plaintiff's remaining claims be dismissed because she did not adequately plead her claims or provide sufficient evidence to give rise to a

---

[1] Docket No. 3.

[2] Docket No. 13.

[3] Docket No. 31.

[4] Docket Nos. 28, 34.

[5] Docket No. 38.

1

triable dispute of fact. Accordingly, the Magistrate Judge recommends that both Motions for Summary Judgment be granted, except to the extent that Ogden School District's Motion seeks dismissal of a claim not brought against it, and that judgment be entered in favor of Defendants.

Pursuant to 28 U.S.C. § 636(b), a party has fourteen days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the relevant pleadings and filings, and the Report and Recommendation and agrees with the Magistrate Judge's analysis and findings.

It is therefore

ORDERED that the Magistrate Judge's February 6, 2026 Report and Recommendation (Docket No. 38) is ADOPTED IN FULL. It is further

ORDERED that Defendant Ogden School District's Motion for Summary Judgment (Docket No. 28) is GRANTED in part. It is further

ORDERED that Defendant Ogden City Police Department's Motion for Summary Judgment (Docket No. 34) is GRANTED.

Dated this 3rd day of March, 2026.

BY THE COURT:

_____
Ted Stewart
United States District Judge